IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM E. HAIK, M.D., and
DRG REVIEW, INC.,

      Plaintiffs,

v.                                     CASE NO. 3:98cv434/RV

COLUMBIA/HCA HEALTHCARE
CORPORATION,, and HEALTHTRUST
INC. - THE HOSPITAL COMPANY,

      Defendants.
_____/

## ORDER

    Pending is the defendants' motion to permit supplementation of their expert designation. (doc. 223) A telephonic hearing was held on this motion on April 19, 2000.

    In their motion, the defendants request permission to supplement their expert designation to name Dr. Robin Cantor as an additional testifying expert witness. The plaintiffs have disclosed Dr. John Wheeler as a damages expert, and the defendants thereafter designated Robert Yerman as their damages expert. The defendants now contend that based on their further analysis of Dr. Wheeler's report and the subsequent testimony of Dr. Wheeler at his deposition, it is necessary for them to designate Dr. Robin Cantor, an economist, as an expert witness to testify concerning the statistical issue of regression analysis.

    Fairness dictates that the defendants be allowed to designate Dr. Cantor as a witness. The issue on which Dr. Cantor will testify falls outside the scope of Mr.

Yerman's expertise. There is no indication of bad faith by the defendants in making this request. Dr. Cantor's testimony will not be duplicative of the testimony of Mr. Yerman, and the late designation will not cause unfair prejudice to the plaintiffs.

Accordingly, the defendants' motion to permit supplementation of their expert designation is GRANTED. The plaintiffs are given two weeks from the date of this order to depose Dr. Cantor on the issues that will be the subject of his testimony at trial. The defendants will pay for the expenses incurred by the plaintiffs in attending the deposition, including the expenses incurred in having Dr. Cantor attend the deposition at the plaintiffs' attorney's offices. The plaintiffs may, if they choose, designate an additional expert to rebut Dr. Cantor's testimony, so long as it does not duplicate the subject matter of Dr. Wheeler's testimony. Any such designation must be made by April 26, 2000.

DONE AND ORDERED this 20th day of April, 2000.

ROGER VINSON
Chief Judge

2